UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHOENIX INSURANCE CO.,

               Plaintiff,          23-cv-7660 (JGK)

   - against -             ORDER

UTICA NATIONAL ASSURANCE CO. INC.,

               Defendant.

JOHN G. KOELTL, District Judge:

The time for the defendant to answer was September 22, 2023. ECF No. 7. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **October 26, 2023**. If the defendant fails to respond to the complaint by that date, a default may be entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           October 19, 2023

                                            John G. Koeltl
                                      United States District Judge