```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, | 23-cv-7660 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| UTICA NATIONAL ASSURANCE COMPANY, INC., | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by November 10, 2023.

SO ORDERED.

Dated:   New York, New York
         October 27, 2023

　　　　　　　　　　　　　　　　 /s/ John G. Koeltl
　　　　　　　　　　　　　　　　 John G. Koeltl
                              **United States District Judge**