UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE PHOENIX INSURANCE COMPANY,
                Plaintiff(s)

23 civ 7660 (JGK)

    -against-

UTICA NATIONAL ASSURANCE COMPANY, INC.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on December 4, 2023,

The conference scheduled for December 13, 2023 is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 6, 2023