# USERY & ASSOCIATES

PETRA P. STARR ESQ
Admitted in NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 312.458.6292
Email: pstarr@travelers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2024

**VIA SDNY ECF ONLY**
Hon. Margaret M. Garnett, USDJ
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    THE PHOENIX INSURANCE COMPANY v. UTICA NATIONAL
              ASSURANCE COMPANY, INC.
              Docket No.: 23-CV-07660 (JGK)

Dear Honorable Judge Garnett:

    This letter motion is submitted on behalf of Plaintiff, The Phoenix Insurance Company ("Travelers") and Defendant, Utica National Assurance Company, Inc. ("Utica") (collectively, the "Parties"). Pursuant to Your Honor's Individual Practices and Rules and the Notice of Reassignment dated February 21, 2024, please accept this as the Parties' joint letter motion submitted with respect to the Post-Discovery Conference scheduled for March 20, 2024 at 9:30 AM, 40 Centre Street, New York, NY 10007 ("Conference").

    The Parties write to advise Your Honor that the Parties are seriously discussing resolution of this matter as earnest settlement negotiations are ongoing. Accordingly, to facilitate the resolution of this matter by settlement, the Parties respectfully request a 60-day adjournment of the Conference until Wednesday, May 22, 2024 at 9:30 AM.

    Pursuant to Rule I (5) of Your Honor's Individual Rules and Practices, this is Travelers' first request for an adjournment or an extension of time in connection with this matter. The only adjournment or extension of time previously requested in this matter was with respect to Utica's time to answer the complaint was extended from September 22, 2023 to October 26, 2023.

Dated: New York, New York
         March 18, 2024

                                                    USERY & ASSOCIATES

                                                  By: */s/ Petra P. Starr*
                                                     Petra P. Starr, Esq.

Lee Scott Siegel, Esq.

---

Letter-motion GRANTED.  The post-discovery conference is hereby ADJOURNED to **Wednesday, May 22, 2024, at 9:30 a.m.**  The Clerk of Court is directed to TERMINATE Dkt. No. 20.

SO ORDERED.  Date 3/18/2024

*[signature]*

MARGARET M. GARNETT
U.S. DISTRICT JUDGE